Nos. 18-8027 & 18-8029

United States Court of Appeals for the Tenth Circuit

State of Wyoming, et al.,
      *Petitioner-Appellees*,

&

State of North Dakota, et al.,
      *Petitioner-Intervenor-Appellees*,

*v.*

United States Department of the Interior, et al.,
      *Respondent-Appellees*,

&

Wyoming Outdoor Council, et al.,
      *Respondent-Intervenor-Appellants*,

&

State of California, et al.,
      *Respondent-Intervenor-Appellants*.

On Appeal from the United States District Court for the District of Wyoming
Civil Action Nos. 2:16-CV-00285-SWS & 2:16-CV-00280-SWS
Hon. Scott W. Skavdahl

**JOINT PROPOSED BRIEFING SCHEDULE**

June 19, 2018

On June 5, 2018, the Court ordered the parties to confer and jointly file a proposed schedule to govern: (1) briefing; and (2) the preparation and filing of a consolidated joint appendix.  Order, ECF No. 010110002440 (June 5, 2018).

The parties in both of the consolidated cases have conferred, and all parties have agreed to the following briefing schedule:

- Appellants shall file Opening Briefs by July 30, 2018
- Appellees shall file Response Briefs by August 29, 2018
- Appellants shall file Reply Briefs by September 12, 2018

The parties have also all agreed to file a deferred consolidated joint appendix on September 19, 2018, containing the portions of the district court record referenced in the parties' briefs, and that are otherwise necessary for this Court to consider all issues the parties raised in both of these consolidated appeals.

Respectfully submitted this 19th day of June, 2018,

/s/ Robin Cooley
Robin Cooley, CO Bar # 31168
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
Phone: (303) 623-9466
Facsimile: (303) 623-8083
rcooley@earthjustice.org

*Attorney for Intervenor-Respondent-Appellants Natural Resources Defense Council, Sierra Club, The Wilderness Society, and Western Organization of Resource Councils*

XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA
CA Bar No. 196029
Supervising Deputy Attorney General

/s/ George Torgun
GEORGE TORGUN
CA Bar No. 222085
MARY S. THARIN
CA Bar No. 293335
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
 Telephone:  (510) 879-1002
 Facsimile:  (510) 622-2270
 Email: George.Torgun@doj.ca.gov
*Attorneys for the State of California, by and through the California Air Resources Board*

/s/Sommer H. Engels
SOMMER H. ENGELS
Attorney, U.S. Dep't of Justice
Env't & Natural Resources Div.
P.O. Box 7415 (Ben Franklin Station)
Washington, DC  20044
(202) 353-7712
sommer.engels@usdoj.gov
*Attorney for Federal Respondent-Appellees*

/s/ Brandon L. Jensen
Brandon L. Jensen
Budd-Falen Law Offices, LLC
300 East 18th Street
Post Office Box 346
Cheyenne, Wyoming 82003
(307) 632-5105 (Telephone)
(307) 637-3891 (Facsimile)
brandon@buddfalen.com
*Attorney for the State of Montana*

HECTOR BALDERAS
Attorney General of New Mexico

/s/ William Grantham
WILLIAM GRANTHAM
Assistant Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
Telephone: (505) 717-3520
Fax: (505) 827-5826
E-Mail: wgrantham@nmag.gov
*Attorneys for the State of New Mexico*

/s/ James Kaste
James Kaste (Wyo. Bar No. 6-3244)
Erik E. Petersen (Wyo. Bar No. 7-5608)
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
307-777-6946
307-777-3542 (fax)
james.kaste@wyo.gov
erik.petersen@wyo.gov
*Attorneys for the State of Wyoming*

/s/ Paul M. Seby
Paul M. Seby
Special Assistant Attorney General
Greenberg Traurig, LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Phone: (303) 572-6584
sebyp@gtlaw.com
*Attorney for the State of North Dakota*

/s/ *Eric P. Waeckerlin*
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, Colorado 80202
Tel: 303.892.8000
Fax: 303.975.5396
EPWaeckerlin@hollandhart.com

/s/ *Kathleen C. Schroder*
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Telephone:  303.892.9400
Facsimile:   303.893.1379
katie.schroder@dgslaw.com

*Attorneys for Petitioner-Appellees Western Energy Alliance and Independent Petroleum Association of America*

Ken Paxton
Attorney General of Texas
Jeffrey C. Mateer
First Assistant Attorney General
Brantley D. Starr
Deputy First Assistant Attorney General
James E. Davis
Deputy Attorney General for Civil Litigation

/s/ *David Austin R. Nimocks*
David Austin R. Nimocks
Special Counsel for Civil Litigation
austin.nimocks@oag.texas.gov
Attorney General of Texas
P.O. Box 12548 (MC 001)
Austin, Texas 78711-2548
(512) 936-1414

*Attorneys for the State of Texas*

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2018 I electronically filed the foregoing **JOINT PROPOSED BRIEFING SCHEDULE** using the court's CM/ECF system, which will send notification of such filing to all counsel of record.

Date: June 19, 2018

<u>/s/ Robin Cooley</u>
Robin Cooley
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(303) 623-9466
rcooley@earthjustice.org

# CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that:

(1) all required privacy redactions have been made per 10th Cir. R. 25.5; and

(2) the digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program, Sophos Endpoint Advanced, Version 10.8.1.2, June 19, 2018 and according to the program are free of viruses.

Date: June 19, 2018

/s/ Robin Cooley
Robin Cooley
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(303) 623-9466
rcooley@earthjustice.org